IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DAVID WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-11-1431-R** |
| | ) | |
| **OKLAHOMA DEPARTMENT OF** | ) | |
| **CORRECTIONS, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate

Judge Gary M. Purcell [Doc. No. 12] and Plaintiff's Objection to the Report and

Recommendation [Doc. No. 13].  The Magistrate Judge has recommended that Plaintiff's

motion for leave to proceed *in forma pauperis* be denied because the Magistrate Judge found

that Plaintiff has sufficient financial resources to pay the filing fee.  The Magistrate Judge

also recommended that this action be dismissed unless Plaintiff paid the full filing fee to the

Court Clerk by January 23, 2012.  Plaintiff in his Objection asserts, *inter alia*, that the prison

official who certified Plaintiff's Statement of Institutional Accounts on his motion for leave

to proceed *in forma pauperis* did not correctly calcuate the average monthly deposits to

Plaintiff's institutional accounts for the six-month period immediately preceding the filing

of this action.  However, the Court has no way to ascertain that this is the case because

Plaintiff did not attach to his motion and affidavit a certified copy of his instituional acount

statement for the six-month period immediately preceding the filing of this action, as is

required.  *See* Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 11] at p. 2.

Accordingly, the Court cannot consider Plaintiff's Objection.

Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 12] is

ADOPTED and Plaintiff's motion to proceed *in forma pauperis* is DENIED.  Plaintiff is

GRANTED leave to file another motion for leave to proceed *in forma pauperis* to which is

attached, as required, a certified copy of his institutional account statement for the six-month

period immediately preceding the filing of this action.  Unless Plaintiff files such a motion

or pays the full filing fee within fifteen (15) days of the date of this Order, this case will be

dismissed.  If Plaintiff either files another motion to proceed *in forma pauperis* or pays the

full filing fee within that time period, this case shall again be referred to the Magistrate Judge

for further proceedings consistent with the original Referral Order.

IT IS SO ORDERED this 25th day of January, 2012.


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE