# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-1431-R |
| | ) |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered March 12, 2012 [Doc. No. 17]. No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation is ADOPTED and this case is DISMISSED without prejudice to refiling due to Plaintiff's failure to pay the initial partial filing fee or show cause for Plaintiff's failure to pay such fee.

IT IS SO ORDERED this 25th day of April, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE